FIRE FIGHTER SALES AND SERVICE CO., d/b/a All Lines Technology Plaintiff-Appellant,

v.

TRAVELERS CASUALTY and Surety Company of America, Defendant-Appellee.

No. 15-4151

United States Court of Appeals, Sixth Circuit.

Filed December 20, 2016

Michael T. Altvater, Babst, Calland, Clements & Zomnir, Canton, OH, David E. White, Babst, Calland, Clements & Zomnir, Pittsburgh, PA, for Plaintiff-Appellant

John R. Christie, Stefanik & Christie, Cleveland, OH, for Defendant-Appellee

BEFORE: DAUGHTERY, GIBBONS, and COOK, Circuit Judges.

PER CURIAM.

Fire Fighter Sales and Service Co. appeals the district court's decision granting Travelers Casualty and Surety's motion for summary judgment. Having reviewed the record, the applicable law, and the parties' briefs, we are not persuaded that the district court erred. Because the district court fully articulated the reasons

why judgment should be entered for Travelers, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its order and opinion entered on September 30, 2015.